UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENRY V.,[1]<br><br>Plaintiff,<br><br>v.<br><br>LELAND DUDEK,[2] ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:24-cv-01312-ODW-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report were filed.

The Court accepts the Report and adopts it as its own findings and conclusions. The decision of the Administrative Law Judge is Reversed and

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

[2] Leland Dudek became the Acting Commissioner of Social Security on February 18, 2025, and under Federal Rule of Civil Procedure 25(d) is automatically substituted for Michelle King as Defendant in this suit.

1 | this matter is Remanded to the Social Security Administration on an open
2 | record for further proceedings.

4 | Dated: March 19, 2025

*[signature]*

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE