JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENRY V.,[1] | Case No. 2:24-cv-01312-ODW-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LELAND DUDEK,[2] ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

[2] Leland Dudek became the Acting Commissioner of Social Security on February 18, 2025, and under Federal Rule of Civil Procedure 25(d) is automatically substituted for Michelle King as Defendant in this suit. *See* 42 U.S.C. § 405(g).

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Reversed and this matter is Remanded to the Social Security Administration on an open record for further proceedings.

Dated: March 19, 2025

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE