# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VELASQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO[1]<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:24-cv-01312-ODW-PD<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Based upon the Joint Motion for Settlement of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs of suit, (ECF No. 29):

**IT IS ORDERED** that fees in the amount of $7,500 as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Joint Motion.

Dated: May 16, 2025

_____
Hon. Otis D. Wright II
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano substituted in as Defendant for Frank Bisignano.

- 1 -